AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| United States of America | ) |
| v. | ) |
| | ) |
| | ) |  Case No.  2:26-MJ-96 |
| | ) |
| Angel de Jesus Belmontes-Garcia | ) |
| | ) |
| _Defendant(s)_ | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

JUN - 3 2026

**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 3, 2026 _____ in the county of _____ Potter _____ in the

_____ Northern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1546(a) | Use or Possession of Fraudulent Immigration Documents |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Eric Johnson, HSI SA
_____
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  6|3|2026

_____
_Judge's signature_

City and state:  _____ Amarillo, Texas _____

Lee Ann Reno, U.S. Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT
## Case No. 2:26-MJ-96

### Title 18, United States Code, Section 1546(a)

As a result of my training and experience, I am familiar with federal immigration laws, including 18 U.S.C. § 1546(a), which makes it unlawful for any person to knowingly forge, counterfeit, alter, or falsely make any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or utter, use, attempt to use, possess, obtain, accept, or receive any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained.

### Facts Establishing Probable Cause

On June 3, 2026, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers and Homeland Security Investigations (HSI) Special Agents, located Angel de Jesus BELMONTES-Garcia at the Potter County Jail, in Amarillo, Texas, which is in the Amarillo Division of the Northern District of Texas. Biometrics Checks and Immigration records

**Page 1 of 3**

revealed that BELMONTES-Garcia is, and was on June 3, 2026, a citizen and national of Mexico by virtue of birth in Mexico. Those records also showed that BELMONTES-Garcia was currently in the United States illegally after overstaying a B2 (visitor) visa. BELMONTES-Garcia last legally entered the United States on June 30, 2016, and was admitted until December 29, 2016.

In BELMONTES-Garcia's property when encountered and taken into custody by ERO were two fraudulent identity documents: (1) a Legal Permanent Resident card bearing an Alien Registration Number ending in 902; and (2) a Social Security card bearing a Social Security Number ending in 2413.

In a mirandized interview BELMONTES-Garcia admitted to purchasing both fraudulent documents at a flea market in Seagoville, Texas, approximately three years ago and paying one hundred fifty dollars ($150.00) for the documents which were created on site. BELMONTES-Garcia further admitted to using the documents to obtain employment in the United States.

Immigration database check showed the Alien Registration Number from the fraudulent Legal Permanent Resident card which ends in 902 was assigned to R.C., a Naturalized United States Citizen. Database checks on the Social Security Number from the fraudulent Social Security card which ends in 2413 identify no true holder associated with that number.

Eric D. Johnson
Homeland Security Investigations
Special Agent

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

        Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 3rd day of June, 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

Page 3 of 3